Dan Stormer, Esq. [S.B. # 101967]
Brian Olney, Esq. [S.B. #298089]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
    bolney@hadsellstormer.com

Matthew Strugar, Esq. [S.B. # 232951]
Law Office of Matthew Strugar
3435 Wilshire Blvd, Ste 2910
Los Angeles, CA 90010-2015
Email: matthew@matthewstrugar.com

Attorneys for Plaintiff
MICHAEL MOORE

[Additional Counsel cont. on next page]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MOORE,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF LOS ANGELES; and OFFICER CHOI; and DOES 1-10.<br><br>    Defendants. | Case No.: 20-cv-03053-MCS-AGR<br><br>[Assigned to the Honorable Mark C. Scarsi - Courtroom 7C]<br><br>**JOINT STIPULATION RE REQUEST TO CONTINUE TRIAL DATE; DECLARATION OF BRIAN OLNEY**<br><br>Complaint Filed:  April 1, 2020<br>Discovery Cut-Off: May 7, 2021<br>Trial:         November 23, 2021 |

JT STIP RE REQUEST
TO CONTINUE TRIAL

-1-

[Additional Counsel from previous page]

**MICHAEL N. FEUER**, City Attorney
**KATHLEEN A. KENEALY**, Chief Deputy City Attorney (SBN 212289)
**SCOTT MARCUS**, Senior Assistant City Attorney (SBN 184980)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Tel: (213) 978-7023; Fax: (213) 978-8785
Email: christian.bojorquez@lacity.org
*Attorneys for Defendant* CITY OF LOS ANGELES

COLLINSON, DAEHNKE, INLOW & GRECO
Laura E. Inlow, Esq., State Bar No. 130584
Email: laura.inlow@cdiglaw.com
Lenore C. Kelly, Esq., State Bar No. 170891
Email: lenore.kelly@cdiglaw.com
21515 Hawthorne Blvd., Suite 800
Torrance, CA 90503
Telephone: (424) 212-7777
Facsimile: (424) 212-7757
Attorneys for Defendant, JUSTIN CHOI

## STIPULATION

WHEREAS on August 30, 2021, the Court continued the trial date from September 21, 2021, to November 2, 2021, scheduled a further final pretrial conference for October 18, 2021, and ordered the Parties to meet and confer and revise the proposed jury instructions and file further briefing on any remaining disputes, along with the proposed stipulated facts, by October 4, 2021 (Dkt No. 153);

WHEREAS on September 14, 2021, the Court continued the trial date from November 2, 2021, to November 23, 2021, and scheduled the further final pretrial conference for November 8, 2021 (Dkt No. 167);

WHEREAS Plaintiff's lead trial counsel will be out of the state and unavailable the week of November 23, 2021, until November 30, 2021;

WHEREAS counsel for Officer Choi will be out of state and unavailable the week of November 22, 2021;

WHEREAS counsel for the City of Los Angeles has another trial set in federal court on November 30, 2021;

   WHEREAS all counsel have cleared the prospective trial date of January 18, 2022 with their calendars as well as the calendars of their experts and clients;

   WHEREAS the parties have only requested one prior trial continuance due to the unavailability of critical trial witnesses;

   THEREFORE, the Parties stipulate and jointly request that the Court continue the Parties' deadline to file any proposed jury instructions, any further briefing on any remaining disputes, along with the proposed stipulated facts to November 1, 2021; continue the further final pretrial conference to January 3, 2022; and continue trial of this matter to January 18, 2022, or to the next date mutually agreeable to the Court and the Parties.

**IT IS SO STIPULATED.**

Dated: September 27, 2021

HADSELL STORMER RENICK & DAI LLP
LAW OFFICE OF MATTHEW STRUGAR

By: ___/s/ Brian Olney_____
    Dan Stormer
    Brian Olney
Attorneys for Plaintiff MICHAEL MOORE

Dated: September 28, 2021

MICHAEL N. FEUER, City Attorney
KATHLEEN A. KENEALY, Chief Deputy Atty
SCOTT MARCUS, Senior Assistant City Atty
CORY M. BRENTE, Senior Assistant City Atty

By: ___[signature]_____
CHRISTIAN R. BOJORQUEZ, Deputy City Atty
Attorney for Defendant CITY OF LOS ANGELES

Dated: September 27, 2021

COLLINSON, DAEHNKE, INLOW & GRECO

By: ___/s/ *Laura E. Inlow*_____
    Laura E. Inlow
Attorneys for Defendant, JUSTIN CHOI

## DECLARATION OF BRIAN OLNEY

I, Brian Olney hereby declare and say:

1. I am a partner at the law firm of Hadsell Stormer Renick & Dai LLP. I am an attorney licensed to practice law in California and before this Court, and am counsel of record for Plaintiff in this action. The information contained herein is based on my personal knowledge, or upon review of files and documents generated or received and regularly maintained by my office in connection with this case. If called upon, I could testify in a court of law to the accuracy of the matters set forth herein.

2. During the final pretrial conference on August 30, 2021, the Court continued trial from September 21, 2021, to November 2, 2021. All counsel stated at the conference that they were available for trial on November 2, 2021.

3. Following the final pretrial conference, Defendants advised me that their experts were unavailable the week of November 2, 2021, and proposed that the Parties stipulate to request that trial be continued to November 9, 2021. I filed the Parties' stipulation requesting a new trial date on September 9. (Dkt No. 164)

4. Later that day, the Court denied the Parties' stipulation. (Dkt No. 165)

5. On September 10, Defendants asked Plaintiff to refile the same stipulation with the Court once again requesting to continue trial to the week of November 9. Because the Court had already denied the Parties' request to continue trial to November 9, I believed that Defendants' renewed request to continue trial to November 9 would be more likely to succeed if they presented it in an *ex parte* application in which Defendants advanced their arguments for why a continuance was necessary. I therefore proposed that Defendants file an *ex parte* application to continue trial to the week of November 9 and stated that Plaintiff would not oppose an application seeking to continue trial to this date.

6. On September 13, Defendants filed their *ex parte* application requesting "that the trial be continued to November 9, 2021 or the next date mutually agreeable to the court and the parties." (Dkt No. 166)

7. On September 14, the Court continued trial to the week of November 23, 2021. (Dkt No. 167)

8. Plaintiff's trial team is unavailable the week of November 23. I have handled nearly all litigation matters in this case and am Plaintiff's lead trial counsel. However, I will be in Massachusetts the entire week of November 23 to visit family for the Thanksgiving holiday. I purchased airfare for my family of four several months ago and the tickets are nonrefundable. In addition, Plaintiff's trial counsel Mr. Stormer and Ms. Sukhija-Cohen are each unavailable for at least portions of the week of November 23. Plaintiff would be irreparably prejudiced if his trial counsel is unable to attend trial.

9. I have been informed by counsel for defendant Officer Choi, Laura Inlow, that she too has a pre-paid flight and will be out of state the week of November 22, 2021.

10. I have been informed by counsel for the City of Los Angeles, Christian Bojorquez, that he is scheduled to start another federal court trial on November 30, 2021.

11. I have been informed by all counsel that the proposed trial date of January 18, 2022 is acceptable to all counsel, clients and critical witnesses.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 27th day of September 2021, in Pasadena, California.

                               /s/ Brian Olney
                               Brian Olney