# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MOORE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF LOS ANGELES; and OFFICER CHOI; and DOES 1-10.<br><br>　　　　Defendants. | Case No.: 20-cv-03053-MCS-AGR<br><br>[Assigned to the Honorable Mark C. Scarsi]<br><br>**(PROPOSED) ORDER ON JOINT STIPULATION RE REQUEST TO CONTINUE TRIAL DATE**<br><br>Complaint Filed:　April 1, 2020<br>Discovery Cut-Off:　May 7, 2021<br>Trial:　　　　　　November 23, 2021 |

## [PROPOSED] ORDER

The Court, having considered the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. The jury trial of this matter is continued to _____.

2. The further pretrial conference is continued to _____.

3. The Parties are ordered to meet and confer and revise the proposed jury instructions and file further briefing on any remaining disputes, along with the proposed stipulated facts, by _____.

**IT IS SO ORDERED.**

Dated: _____     _____
　　　　　　　　　　　　　　　　　　　　　　The Honorable Marc C. Scarsi
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge